JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Ronnie Lyles, | ) | CASE NO. SACV 11-1487-JST (PJWx) |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| Wells Fargo Bank, N.A., etc., et al., | ) | |
| Defendants. | ) | |

On November 29, 2011, the Court issued an order dismissing Plaintiff's Complaint with prejudice as to defendant Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"). (Doc. 14.) On January 23, 2012, the Court ordered Plaintiff to show cause in writing no later February 6, 2012, as to why his Complaint should not be dismissed as to Defendant NDeX West, LLC, for lack of prosecution, and advised Plaintiff that failure to respond by that date would be deemed consent to the dismissal of this action with prejudice. (*Id*.) To date, Plaintiff has not responded to the order to show cause.

1    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's
2 Complaint is dismissed with prejudice.

4 DATED: February 17, 2012

JOSEPHINE STATON TUCKER
United States District Judge